UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
:
                                            **ORDER**

UNITED STATES OF AMERICA             S1 22 Cr. 351 (LAK)
:
     - v. -
:
LUIS MORALES-REYES,
CARLOS DANIEL ECHEVARRIA-GONGO,    :
    a/k/a "Chapito,"
AMAURY RUIZ MARTINEZ,                 :
    a/k/a "Amauri Canales," and
JANSY PEREZ,                              :
    a/k/a "Jan,"
:
                 Defendants.
- - - - - - - - - - - - - - - - - - - X

     Whereas, on July 19, 2022, this Court held a detention hearing in the above-captioned matter with respect to defendants CARLOS DANIEL ECHEVARRIA-GONGO, a/k/a "Chapito," and JANSY PEREZ, a/k/a "Perez," it is hereby

     ORDERED that ECHEVARRIA-GONGO and PEREZ be detained pending trial.

SO ORDERED.

Dated:  New York, New York
       July 19, 2022

                                       _____
                                       HONORABLE LEWIS A. KAPLAN
                                       UNITED STATES DISTRICT JUDGE