UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

United States of America,

    v.

Morales-Reyes, et al.,

           Defendants.
------------------------------x

22-CR-351 (LAK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/22

LEWIS A. KAPLAN, *District Judge.*

      By memo endorsement dated December 8, 2022 the Court extended the date by which to file in limine motions 30 days, to January 9, 2023. Accordingly, it is ORDERED that:

      Opposition briefs are due by January 17, 2023.
      Reply briefs are due January 23, 2023.
      Oral Argument will be heard on January 31, 2023 at 11:00 AM.

SO ORDERED.

Dated:    December 9, 2022

                                                    Lewis A. Kaplan
                                         United States District Judge