```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :    22 Cr 351 (LAK)
                                     :
              -v-                    :       ORDER
                                     :
Carlos Echevarria-Gongo,             :
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-19-2022

Lewis A Kaplan, District Judge:

On December 19, 2022, CJA counsel requested approval for the use of CJA funds to purchase a laptop for defendant Carlos Echevarria-Gongo to review discovery materials produced by the Government. Defense counsel represents that without this laptop the defendant will be unable to effectively review the discovery material that the Government has provided. It is hereby

ORDERED that defense counsel's request for CJA funds to purchase a laptop for the defendant to review discovery is granted.

IT IS FURTHER ORDERED that the security guards who are guarding the defendant shall retain custody of the laptop and shall permit Mr. Echevarria-Gongo to use the laptop when he requests it. No other inmates or people at the facility shall be permitted to review the material on the laptop.

IT IS FURTHER ORDERED that the protective order be modified to permit defendant to view materials marked "Attorneys Possession Only" on the laptop.

IT IS FURTHER ORDERED that the defendant may not use the laptop for any purpose other than reviewing discovery materials produced in this case. *It shall not be capable of connection to the internet, any WiFi or Bluetooth network or device, or cellular phone or data service.* /s/ LAK

IT IS FURTHER ORDERED that no later than the conclusion of the proceedings against the defendant in the district court, whether through dismissal of the charges against the defendant or the sentencing of the defendant, the defendant shall return the laptop to his counsel, who will promptly provide it to the Administrative Office of the U.S. Courts. If convicted, the defendant may not retain this laptop during any appeal.

Dated:   New York, New York
         12/19    2022

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge

*Defendant's counsel shall submit a declaration attesting to compliance with the foregoing.* /s/ LAK

2