```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                         :   **UNSEALING ORDER**
UNITED STATES OF AMERICA                 :
                                         :   S3 22 Cr. 351 (LAK)
        - v. -                           :
                                         :
LUIS MORALES-REYES,                      :
CARLOS DANIEL ECHEVARRIA-GONGO,          :
    a/k/a "Chapito,"
ROBERTO HERNANDEZ DELGADO,               :
    a/k/a "Robert," and
JANSY PEREZ,                             :
    a/k/a "Jan,"
                                         :
            Defendants.
- - - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Matthew Weinberg;

It is found that the Superseding Indictment in the above-captioned action, S3 22 Cr. 351, is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:  New York, New York
        January 10, 2023

                                    _____
                                    HONORABLE ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE