**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5-8-23

May 4, 2023

**BY ECF AND EMAIL**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Luis Morales-Reyes et al*, 22 Cr. 351 (LAK)

Dear Judge Kaplan:

The Government writes with respect to the upcoming status conference in the above-captioned case, presently scheduled for May 10, 2023, at 4:00 p.m., as well as the trial date, presently scheduled for June 12, 2023. The Government writes to inform the Court that it has entered into plea agreements with all remaining defendants. These defendants are scheduled to allocute to their guilt in Magistrate Court on May 9, 2023 (Morales-Reyes and Delgado) and May 12, 2023 (Perez).[1]

In light of the scheduled plea proceedings, the Government respectfully requests, with the consent of all counsel, that the Court adjourn the May 10 status conference. The Government further requests that the Court keep the June 12 trial date on its calendar until the change of plea proceedings take place in Magistrate Court and the pleas are accepted by Your Honor.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Matthew Weinberg
Matthew Weinberg
Assistant United States Attorney
(212) 637-2386

*The 5/10/23 is adjourned sine die.*
SO ORDERED
/s/ Lewis A. Kaplan  5/8/23
LEWIS A. KAPLAN, USDJ

cc:   All counsel (by ECF)

---

[1] Counsel for Perez has indicated that she is scheduled to begin jury selection next week for a trial in the United States District Court for the District of Columbia. As of now, counsel anticipates being in the New York City area on May 12 and available for the change of plea proceeding. However, counsel has notified the Government that, should the jury selection schedule change, she may be unavailable on May 12 and would seek to reschedule the plea proceeding.