UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CARLOS DANIEL ECHEVARRIA-GONGO,

Defendant.

---

~~SUPERSEDING INFORMATION~~ ORDER

S4 22 Cr. 351 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-11-2023

WHEREAS, with the defendant's consent, a change of plea hearing was held before United States Magistrate Judge Stewart D. Aaron on May 2, 2023;

WHEREAS, a transcript of the change of plea hearing was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the plea agreement entered into by the parties was transmitted to the District Court; and

WHEREAS, upon review of that transcript, plea agreement, and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         5/11, 2023

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK