UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

22-cr-0351 (LAK)

CARLOS DANIEL ECHEVARRIA-GONGO,

Defendant.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Before the Court is defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

        On December 14, 2023, the defendant was sentenced principally to a term of imprisonment of 144 months. On March 20, 2024, defendant moved for a reduction of sentence. On April 17, 2024, the Probation Office completed a Supplemental Presentence Report indicating that the defendant is not eligible for a sentence reduction under the terms of Amendment 821.

        The Court has considered the record in this case and the submissions of the parties and the Probation Office. The Court finds that the defendant is ineligible for a sentence reduction under Amendment 821 to the Sentencing Guidelines because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence, and because the defendant used violence or threats of violence, inflicted serious bodily injury, and possessed a firearm in connection with the offense, and thus does not qualify for the zero-point offender reduction.

It is hereby ORDERED that the defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is denied.

SO ORDERED.

Dated:     April 22, 2024

_____
Lewis A. Kaplan
United States District Judge