UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

CARLOS DANIEL ECHEVARRIA-GONGO,

    Defendant.
------------------------------------------x

22-cr-351 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/22/25

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    Before the Court is the defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

    On December 14, 2023, the defendant was sentenced principally to a term of imprisonment of 144 months. On March 20, 2024, the defendant moved for a reduction of sentence. On April 22, 2024, the Court found that the defendant was ineligible for a sentence reduction and denied the motion. On January 6, 2025, the defendant moved again for a reduction of sentence. The motion does not raise any new grounds for reduction of sentence.

Accordingly, it is hereby ORDERED that the defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is denied.

SO ORDERED.

Dated: April 22, 2025

                                              Lewis A. Kaplan
                                          United States District Judge